UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENIA L. BODIFORD,

       Plaintiff,                                                  Case No: 1:15-cv-391

v.                                                             HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 22, 2016, recommending that this Court vacate the Commissioner's decision and the matter be remanded to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is VACATED and this matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated: June 9, 2016                                              /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                           United States District Judge