UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENIA LASHON BODIFORD,

      Plaintiff,

v.

      Case No. 1:15-cv-391

      HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a stipulation for attorney's fees under the Equal Access to Justice Act (Dkt 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 7, 2016, recommending that this Court grant the stipulation, and enter judgment in Plaintiff's favor in the amount of $6,610.75. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (Dkt 18) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.


Dated: October 25, 2016                /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge