UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENIA L. BODIFORD,

    Plaintiff,

v.

    Case No. 1:15-cv-391

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed an unopposed motion for attorney fees (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 18, 2020, recommending that this Court grant the motion and Attorney Marcus be awarded $9,997.50. In addition, the Magistrate Judge recommended that Plaintiff's counsel be ordered to refund to Plaintiff the $6,610.75 previously awarded in EAJA fees. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the unopposed motion for attorney fees (ECF No. 22) is GRANTED for the reasons stated in the Report and Recommendation. Attorney Marcus is awarded $9,997.50.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall refund to Plaintiff the $6,610.75 previously awarded in EAJA fees.

Dated: October 16, 2020                                       /s/ Janet T. Neff
                                                                           JANET T. NEFF
                                                                           United States District Judge